IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA FRANKLIN<br><br>Plaintiff,<br><br>vs.<br><br>PLAZA NORTH STATION, LLC,<br><br>Defendant. | **CIVIL CASE NO.: 8:19-CV-00257-MDN**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Plaintiff, Sandra Franklin, and Defendant, Plaza North, LLC, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this the 4th day of November, 2019.

| | |
|---|---|
| /S/ Edward I. Zwilling | /S/ Catherine A. Cano |
| Edward I. Zwilling, Esq.<br>Law Office of Edward I. Zwilling, LLC4000 Eagle Point Corporate Dr.<br>Birmingham, Alabama, 35242<br>Email: edwardzwilling@zwillinglaw.com<br>Phone: (205) 822-2701<br>ATTORNEY FOR PLAINTIFF | Catherine A. Cano, Esq.<br>Jackson Lewis PC<br>10050 Regency Circle, Suite 400<br>Omaha, NE 68114<br>Email: Catherine.cano@jacksonlewis.com<br>Phone: 402-391-1991<br>ATTORNEY FOR DEFENDANT |

1